## Commonwealth ex rel. Lockhart, Appellant, *v.* Myers.

Submitted June 8, 1964. *Sylvester Lockhart, Jr.,* appellant, in propria persona; *Stanley M. Schwarz* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
Order affirmed.

## Commonwealth ex rel. McKee, Appellant, *v.* Maroney.

Submitted June 8, 1964. *Robert C. McKee,* appellant, in propria persona; *John A. Harris,* District Attorney, for appellee.
Order affirmed.

## Commonwealth ex rel. Mitchell, Appellant, *v.* Myers.

Submitted June 8, 1964. *Willie Mitchell,* appellant, in propria persona; *Abner H. Silver* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.
Order affirmed.